# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-1295V
Filed: June 14, 2018
UNPUBLISHED

| | |
|---|---|
| PAMELA M SHAFFER,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Stephen S. Crandall, Crandall, Pera, & Wilt LLC*, Chagrin Falls, OH, for petitioner.
*Darryl R. Wishard*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On September 20, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of a September 30, 2016 influenza vaccination. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 15, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for her SIRVA. On June 14, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $125,196.11, which is comprised of $120,000.00 for past and future pain and suffering and $5,196.11 for past unreimbursed expenses. Proffer at 2. In the Proffer, respondent represented that

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

petitioner agrees with the proffered award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>125,196.11</u> (representing $120,000.00 for pain and suffering and $5,196.11 for past unreimbursed expenses) in the form of a check payable to petitioner, <u>Pamela Shaffer</u>.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| PAMELA M. SHAFFER, ) | |
| ) | |
| Petitioner, ) | No. 17-1295V   ECF |
| ) | |
| v. ) | Chief Special Master Dorsey |
| ) | |
| SECRETARY OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Respondent. ) | |

**PROFFER ON AWARD OF COMPENSATION[1]**

**I.   Procedural History**

On September 20, 2017, Pamela M. Shaffer ("petitioner") filed a petition for compensation ("Petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34, *as amended*. She alleges that, as a result of receiving the influenza ("flu") vaccine on September 30, 2016, she suffered from a left shoulder injury related to vaccine administration ("SIRVA"). Petition at 1. On May 15, 2018, respondent filed his Vaccine Rule 4(c) report, conceding causation-in-fact for a SIRVA to petitioner's left arm. On that same day, the Chief Special Master issued a ruling on entitlement, finding that petitioner was entitled to compensation for a SIRVA to petitioner's left arm.

**II.   Items of Compensation**

Petitioner has alleged entitlement to the following elements of compensation: past and future pain/suffering and past unreimbursed expenses. Based upon the evidence of record,

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

respondent proffers that petitioner should be awarded $120,000.00 for past and future pain/suffering, and $5,196.11 for her past unreimbursed expenses, for a total of $125,196.11. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

### III.     Form of the Award

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $125,196.11, in the form of a check payable to petitioner.[2] Petitioner agrees.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

---

[2] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

|  |  |
|---|---|
|  | */s/Darryl R. Wishard* |
|  | DARRYL R. WISHARD |
|  | Senior Trial Attorney |
|  | Torts Branch, Civil Division |
|  | U. S. Department of Justice |
|  | P.O. Box l46, Benjamin Franklin Station |
|  | Washington, D.C.  20044-0146 |
|  | Direct dial: (202) 616-4357 |
| Dated:  June 14, 2018 | Fax: (202) 616-4310 |